AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of ARKANSAS


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 20 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| DALE R. LANKFORD | Case No.    4:08cr228 |
| | USM No. |
| | Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 36 CFR 261.6(a) | Unlawfully cutting firewood | 9/27/2007 | |

☐   Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
| --- | --- | --- |
| **Total:** | $ | $ $350.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   432-

Defendant's Year of Birth:   1/72

City and State of Defendant's Residence:
Perryville, Arkansas

June 20, 2008
Date of Imposition of Judgment

/s/ J. Thomas Ray
Signature of Judge

U. S. Magistrate Judge J. Thomas Ray
Name and Title of Judge

June 20, 2008
Date